# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00552-CR

**Roland Sandoval Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-22-1037-D, THE HONORABLE JOE POOL, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due December 19, 2024. On January 21, 2025, this Court sent a notice to Appellant informing him that his brief was overdue and that a failure to file a satisfactory response by January 31, 2025, would result in the referral of this case to the trial court for a hearing under Rule of Appellate Procedure 38.8(b).

The appeal is abated and the case remanded to the trial court. The trial court shall conduct a hearing to determine whether Appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). If Appellant expresses his desire to dismiss this appeal, the trial court shall direct Appellant and his attorney to submit a motion to dismiss with this Court that complies with Rule of Appellate Procedure 42.2. The court shall make appropriate written findings and recommendations. *See* Tex. R. App.

P. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings, conclusions, and orders, if any—to be prepared and forwarded to this Court no later than 30 days from the date of this order. *See* Tex. R. App. P. 38.8(b)(3).

It is ordered on February 21, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated and Remanded

Filed: February 21, 2025

Do Not Publish

2